| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Opperman, Daniel S. | 2. Court or Organization<br><br>Bankruptcy Eastern District MI | 3. Date of Report<br><br>05/08/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>111 First Street<br>Bay City, Michigan 48708 | | |
| ***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Board of Directors Member | Midland Center for the Arts |
| 2. | Board Member | College of Arts and Sciences, Eastern Michigan University |
| 3. | Member | Bankruptcy Appellate Panel |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | The Dow Chemical Company - Salary and Bonus; Severance Benefits |
| 2. 2014 | The Dow Chemical Company - Pension |
| 3. 2014 | Opperman Consulting LLC - Earnings |
| 4. 2014 | Orrick, Herrington & Satcliffe, L.L.P. - Consultant Fees |
| 5. 2014 | Isabella Bank Corporation - Director Fees |
| 6. 2014 | West Wing Writers - Consultant Fees |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 06/12/14 - 06/15/14 | Lake Geneva, WI | Seminar | Transportation and Lodging |
| 2. | Federal Bar Association | 07/31/14 - 08/02/14 | Harbor Springs, MI | Seminar | Transportation and Lodging |
| 3. | American Bankruptcy Institute Veteran's Day Consumer Conference | 11/10/14 | Detroit, MI | Seminar | Transportation |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Accounts "(H)" | | | | | | | | | |
| 2. First Merit Bank f/k/a Citizens Bank | A | Interest | K | T | | | | | |
| 3. Comerica Bank | A | Interest | K | T | | | | | |
| 4. Dow Chemical Credit Union | B | Interest | M | T | | | | | |
| 5. Members First Credit Union | B | Interest | K | T | | | | | |
| 6. Members First Credit Union | B | Interest | J | T | | | | | |
| 7. Members First Credit Union | B | Interest | J | T | | | | | |
| 8. E-Trade | A | Interest | L | T | | | | | |
| 9. Merrill Lynch | A | Interest | J | T | | | | | |
| 10. Raymond James | A | Interest | J | T | | | | | |
| 11. Certificates of Deposit "(H)" | | | | | | | | | |
| 12. Members First Credit Union | B | Interest | L | T | | | | | |
| 13. Dow Chemical Credit Union | B | Interest | L | T | | | | | |
| 14. Mayville State Bank | A | Interest | K | T | | | | | |
| 15. Municipal Bonds "(H)" | | | | | | | | | |
| 16. CLARKSTON MI Cmnty Schls | B | Interest | | | Sold | 05/01/14 | K | A | |
| 17. FLORIDA ST GO ULT | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. GEORGIA ST GO ULT | B | Interest | K | T | | | | | |
| 19. LOUISIANA ST GO ULT BONDS | A | Interest | K | T | | | | | |
| 20. MARYLAND ST GO ULT | B | Interest | L | T | | | | | |
| 21. MICHIGAN Drinking Wtr. Rev. | A | Interest | K | T | | | | | |
| 22. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 23. Muniyield Michigan Insured | A | Interest | J | T | | | | | |
| 24. MICHIGAN ST Trunk Line | B | Interest | K | T | | | | | |
| 25. MINNESOTA ST GO ULT | B | Interest | K | T | | | | | |
| 26. NEW JERSEY ST GO ULT | B | Interest | J | T | | | | | |
| 27. NEW MEXICO ST GO ULT | A | Interest | K | T | | | | | |
| 28. OAKLAND CNTY MI | A | Interest | K | T | | | | | |
| 29. OHIO ST GO ULT | B | Interest | L | T | Sold (part) | 03/15/14 | K | A | |
| 30. OREGON ST GO ULT | B | Interest | K | T | | | | | |
| 31. SAGINAW MI TWP | B | Interest | K | T | Buy | 03/21/14 | K | | |
| 32. TEXAS ST GO ULT | B | Interest | K | T | | | | | |
| 33. Treasury Bills | A | Interest | N | T | | | | | |
| 34. WASHINGTON ST GO ULT | C | Interest | L | T | Buy | 01/09/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 08/28/14 | K | | |
| 36.   Real Estate "(H)" | | | | | | | | | |
| 37.   Farmland, Millington, Michigan Acquired 04/13/89 for $70,000 | | None | L | R | | | | | |
| 38.   Life Insurance "(H)" | | | | | | | | | |
| 39.   Farm Bureau Life Insurance | A | Interest | K | T | | | | | |
| 40.   Stock and Certificates Held as Tenants By Entirety "(H)" | | | | | | | | | |
| 41.   ATMOS Energy | A | Dividend | J | T | | | | | |
| 42.   BP PLC | A | Dividend | K | T | | | | | |
| 43.   Citizens Communications | A | Dividend | J | T | | | | | |
| 44.   Chevron Corporation | B | Dividend | J | T | | | | | |
| 45.   CMS Energy | A | Dividend | J | T | | | | | |
| 46.   The Dow Chemical Company | D | Dividend | L | T | | | | | |
| 47.   Great Plains Energy | A | Interest | J | T | | | | | |
| 48.   Highwoods Property | A | Dividend | J | T | | | | | |
| 49.   News Corp | A | Dividend | J | T | | | | | |
| 50.   20th Century Fox | A | Dividend | J | T | | | | | |
| 51.   Northwestern Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. XCEL Energy | A | Dividend | J | T | | | | | |
| 53. Stocks and Bonds - Broker Account DSO and BLO "(H)" | | | | | | | | | |
| 54. Alliance Bernstein Int'l Growth | A | Dividend | K | T | Buy | 09/06/14 | K | | |
| 55. Ameriprise Insured Money Market | A | Interest | L | T | Buy | 09/06/14 | L | | |
| 56. Camden Property | A | Dividend | J | T | Buy | 09/06/14 | J | | |
| 57. Centrus Energy Corp. | | None | J | T | Buy | 09/06/14 | J | | |
| 58. Equity Commonwealth | A | Dividend | J | T | Buy | 09/06/14 | J | | |
| 59. Essex Property | A | Dividend | J | T | Buy | 09/06/14 | J | | |
| 60. First Industrial Realty | A | Dividend | J | T | Buy | 09/06/14 | J | | |
| 61. Five Star Quality Care Inc. | | None | J | T | Buy | 09/06/14 | J | | |
| 62. Great Plains Energy | A | Dividend | J | T | Buy | 09/06/14 | J | | |
| 63. John Hancock Financial | | None | J | T | Buy | 09/06/14 | J | | |
| 64. Knightsbridge Shipping | A | Dividend | J | T | Buy | 09/06/14 | J | | |
| 65. Nordic American Tanker | A | Dividend | J | T | Buy | 09/06/14 | J | | |
| 66. Petroleum & Resources Corp. | A | Dividend | J | T | Buy | 09/06/14 | J | | |
| 67. Royal Dutch Shell PLC | A | Dividend | J | T | Buy | 09/06/14 | J | | |
| 68. Southern Company | A | Dividend | J | T | Buy | 09/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TECO Energy Inc. | A | Dividend | J | T | Buy | 09/06/14 | J | | |
| 70. Vornado Realty | A | Dividend | J | T | Buy | 09/06/14 | J | | |
| 71. Stocks and Certificates "(H)" | | | | | | | | | |
| 72. The Dow Chemical Company | D | Dividend | M | T | | | | | |
| 73. Van Kampen Municipal Trust | A | Interest | J | T | | | | | |
| 74. Restricted Stock - The Dow Chemical Company | | None | M | T | | | | | |
| 75. Restricted Stock - Isabella Bank Corporation | A | Dividend | J | T | | | | | |
| 76. Stock Options "(H)" | | | | | | | | | |
| 77. The Dow Chemical Company | | None | K | T | | | | | |
| 78. Limited Liability Company Units - SRO "(H)" | | | | | | | | | |
| 79. Opperman Consulting LLC | G | Dividend | L | T | | | | | |
| 80. Rowley Family Properties, LLC | | None | L | W | | | | | |
| 81. Stocks and Bonds - Broker Accounts IRA SRO "(H)" | | | | | | | | | |
| 82. Actavis PLC | | None | L | T | Sold (part) | 01/02/14 | K | B | |
| 83. | | | | | Sold (part) | 03/11/14 | K | D | |
| 84. A.O. Smith Corp. | A | Dividend | K | T | Buy | 11/10/14 | K | | |
| 85. Akamai Tech. Inc. | B | Dividend | K | T | Buy | 11/10/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/09/14 | K | | |
| 87. Allergan Inc | A | Dividend | | | Buy | 03/31/14 | J | | |
| 88. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 89. | | | | | Sold | 07/17/14 | K | D | |
| 90. American Tower Corp. | B | Dividend | K | T | Buy | 09/26/14 | K | | |
| 91. | | | | | Buy (add'l) | 10/07/14 | K | | |
| 92. Apple Computer Inc. | A | Dividend | J | T | | | | | |
| 93. Biogen Idec Inc. | | None | K | T | Sold (part) | 07/08/14 | K | D | |
| 94. Carter's Inc. | A | Dividend | K | T | Buy | 10/07/14 | K | | |
| 95. Celgene Corp. | | None | L | T | Sold (part) | 03/31/14 | J | B | |
| 96. | | | | | Sold (part) | 04/15/14 | J | A | |
| 97. | | | | | Sold (part) | 08/07/14 | J | C | |
| 98. | | | | | Buy (add'l) | 08/27/14 | J | | |
| 99. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 100. Cerner Corp. | | None | K | T | Sold (part) | 04/29/14 | K | C | |
| 101. Cooper Companies | | None | K | T | Buy | 06/17/14 | K | | |
| 102. | | | | | Buy (add'l) | 07/17/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 09/19/14 | K | | |
| 104. | | | | | Sold (part) | 12/09/14 | K | A | |
| 105. Covance | | None | | | Sold (part) | 01/28/14 | K | B | |
| 106. | | | | | Buy (add'l) | 04/24/14 | J | | |
| 107. | | | | | Sold (part) | 05/13/14 | J | A | |
| 108. | | | | | Sold | 10/07/14 | K | B | |
| 109. DIRECTV Class A | | None | | | Buy (add'l) | 03/11/14 | J | | |
| 110. | | | | | Buy (add'l) | 05/07/14 | K | | |
| 111. | | | | | Sold | 10/10/14 | L | D | |
| 112. Dollar Tree Inc | | None | K | T | Sold (part) | 03/04/14 | K | A | |
| 113. Dow Chemical Co | B | Dividend | K | T | | | | | |
| 114. Ebay Inc. | | None | | | Sold | 01/27/14 | K | D | |
| 115. Edwards Lifesciences | | None | K | T | Buy | 11/10/14 | K | | |
| 116. Euronet Worldwide | | None | K | T | Buy (add'l) | 03/11/14 | J | | |
| 117. | | | | | Sold (part) | 08/07/14 | K | C | |
| 118. F5 Networks Inc. | | None | L | T | Buy | 03/04/14 | K | | |
| 119. | | | | | Buy (add'l) | 04/29/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 05/13/14 | K | | |
| 121. Gilead Sciences Inc. | | None | L | T | Buy (add'l) | 03/21/14 | J | | |
| 122. | | | | | Sold (part) | 05/15/14 | J | A | |
| 123. | | | | | Sold (part) | 08/07/14 | J | C | |
| 124. Google Inc C1 A | | None | K | T | Buy (add'l) | 04/24/14 | K | | |
| 125. | | | | | Sold (part) | 11/04/14 | L | D | |
| 126. Halliburton Co. | A | Dividend | | | Buy | 05/06/14 | K | | |
| 127. | | | | | Buy (add'l) | 08/04/14 | K | | |
| 128. | | | | | Buy (add'l) | 08/26/14 | K | | |
| 129. | | | | | Sold (part) | 11/04/14 | K | A | |
| 130. | | | | | Sold | 12/16/14 | K | A | |
| 131. Henry Schein | | None | L | T | | | | | |
| 132. Illumina Inc. | | None | L | T | Sold (part) | 01/17/14 | K | D | |
| 133. | | | | | Sold (part) | 02/18/14 | J | D | |
| 134. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 135. iShares S&P 100 | A | Dividend | K | T | | | | | |
| 136. MWI Veterinary Supply | | None | | | Sold | 09/19/14 | K | D | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Neogen Corp. | | None | | | Sold | 05/06/14 | J | C | |
| 138. Oceaneering Int'l | A | Dividend | | | Buy (add'l) | 03/11/14 | J | | |
| 139. | | | | | Sold (part) | 06/17/14 | K | A | |
| 140. | | | | | Sold | 12/16/14 | K | A | |
| 141. Omnicell Inc. | | None | K | T | Buy | 11/10/14 | K | | |
| 142. | | | | | Buy (add'l) | 12/09/14 | K | | |
| 143. O'Reilly Automotive Inc | | None | K | T | Buy (add'l) | 08/27/14 | J | | |
| 144. | | | | | Sold (part) | 12/10/14 | J | B | |
| 145. PetSmart | A | Dividend | | | Sold | 05/22/14 | K | A | |
| 146. Qualcomm Inc. | A | Dividend | | | Buy (add'l) | 03/11/14 | K | | |
| 147. | | | | | Sold | 11/10/14 | K | B | |
| 148. RBC Money Market | A | Interest | L | T | | | | | |
| 149. Signature Bank NY | | None | K | T | Sold (part) | 10/07/14 | K | C | |
| 150. Starbucks | A | Dividend | K | T | Buy (add'l) | 03/11/14 | J | | |
| 151. | | | | | Sold (part) | 05/07/14 | K | C | |
| 152. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 153. Stericycle Inc | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. VCA Antech Inc. | | None | L | T | Buy | 11/10/14 | K | | |
| 155. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 156. Wright Express Corp. a/k/a WEX Inc. | | None | K | T | Buy (add'l) | 06/17/14 | J | | |
| 157. | | | | | Sold (part) | 12/09/14 | K | A | |
| 158. Stocks and Bonds - Broker Accounts IRA DSO "(H)" | | | | | | | | | |
| 159. Actavis PLC | | None | J | T | Sold (part) | 02/03/14 | J | A | |
| 160. Akamai Tech Inc. | | None | J | T | Buy | 11/10/14 | J | | |
| 161. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 162. ALLERGAN INC. - Bond | A | Interest | J | T | | | | | |
| 163. Allergan Inc. - Stock | A | Dividend | | | Buy | 03/31/14 | J | | |
| 164. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 165. | | | | | Sold | 07/17/14 | J | A | |
| 166. A.O. Smith Corp. | A | Dividend | J | T | Buy | 11/10/14 | J | | |
| 167. American Tower Corp. | A | Dividend | J | T | Buy | 09/26/14 | J | | |
| 168. | | | | | Buy (add'l) | 10/07/14 | J | | |
| 169. Biogen Idec Inc. | | None | J | T | Sold (part) | 03/18/14 | J | A | |
| 170. | | | | | Buy (add'l) | 05/20/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 07/08/14 | J | A | |
| 172. | | | | | Buy (add'l) | 08/27/14 | J | | |
| 173. BOEING CAP CORP. BONDS | A | Interest | | | Sold | 10/27/14 | J | A | |
| 174. Carter's Inc. | A | Dividend | J | T | Buy | 10/07/14 | J | | |
| 175. Celgene Corp. | | None | J | T | Sold (part) | 03/31/14 | J | A | |
| 176. | | | | | Buy (add'l) | 08/27/14 | J | | |
| 177. Cerner Corp. | | None | J | T | Sold (part) | 02/03/14 | J | A | |
| 178. | | | | | Sold (part) | 04/29/14 | J | A | |
| 179. Cooper Companies | | None | J | T | Buy | 06/17/14 | J | | |
| 180. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 181. | | | | | Buy (add'l) | 09/19/14 | J | | |
| 182. | | | | | Sold (part) | 12/10/14 | J | A | |
| 183. Covance Inc. | | None | | | Sold (part) | 01/28/14 | J | A | |
| 184. | | | | | Buy (add'l) | 03/21/14 | J | | |
| 185. | | | | | Sold (part) | 05/13/14 | J | A | |
| 186. | | | | | Sold | 10/07/14 | J | A | |
| 187. DIRECTV Class A | | None | | | Buy (add'l) | 03/21/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 05/07/14 | J | | |
| 189. | | | | | Sold | 10/10/14 | J | A | |
| 190. Dollar Tree Inc. | | None | J | T | Sold (part) | 03/04/14 | J | A | |
| 191. Dreyfus Money Market | A | Interest | K | T | | | | | |
| 192. Ebay Inc. | | None | | | Sold | 01/27/14 | J | A | |
| 193. Edwards Lifesciences | | None | J | T | Buy | 11/10/14 | J | | |
| 194. Euronet Worldwide Inc. | | None | J | T | Buy (add'l) | 03/11/14 | J | | |
| 195. | | | | | Sold (part) | 12/09/14 | J | A | |
| 196. F5 Network | | None | J | T | Buy | 03/04/14 | J | | |
| 197. | | | | | Buy (add'l) | 03/11/14 | J | | |
| 198. | | | | | Buy (add'l) | 05/13/14 | J | | |
| 199. Gilead Sciences Inc. | | None | J | T | Buy (add'l) | 01/08/14 | J | | |
| 200. | | | | | Sold (part) | 05/15/14 | J | A | |
| 201. | | | | | Buy (add'l) | 05/13/14 | J | | |
| 202. Google Inc. Cl A | | None | J | T | Sold (part) | 11/04/14 | J | A | |
| 203. Halliburton Co. | | None | | | Buy | 05/06/14 | J | | |
| 204. | | | | | Buy (add'l) | 08/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 08/26/14 | J | | |
| 206. | | | | | Sold (part) | 11/04/14 | J | A | |
| 207. | | | | | Sold | 12/16/14 | J | A | |
| 208. Henry Schein | | None | J | T | | | | | |
| 209. Illumina Inc. | | None | J | T | Sold (part) | 02/18/14 | J | A | |
| 210. INTEL CORP. | A | Interest | J | T | | | | | |
| 211. iShares S&P 100 | A | Dividend | J | T | | | | | |
| 212. MCDONALD'S CORP. BONDS | A | Interest | J | T | | | | | |
| 213. MWI Veterinary Supply | | None | | | Sold | 09/19/14 | J | A | |
| 214. Neogen Corp. | | None | | | Sold | 05/06/14 | J | A | |
| 215. OCCIDENTAL PETROLEUM | A | Interest | J | T | | | | | |
| 216. Oceaneering Int'l | A | Dividend | | | Buy (add'l) | 05/20/14 | J | | |
| 217. | | | | | Sold (part) | 06/25/14 | J | A | |
| 218. | | | | | Sold | 12/16/14 | J | A | |
| 219. Omnicell Inc. | | None | J | T | Buy | 11/10/14 | J | | |
| 220. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 221. O'Reilly Automotive Inc. | | None | J | T | Sold (part) | 12/10/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Petsmart | A | Dividend | | | Sold | 05/22/14 | J | A | |
| 223. PROCTOR & GAMBLE CO. BONDS | A | Interest | J | T | | | | | |
| 224. Qualcomm Inc. | A | Dividend | | | Buy (add'l) | 03/21/14 | J | | |
| 225. | | | | | Sold | 11/10/14 | J | A | |
| 226. Starbucks Corp. | A | Dividend | J | T | Sold (part) | 05/07/14 | J | A | |
| 227. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 228. Stericycle | | None | J | T | | | | | |
| 229. VCA Antech Inc. | | None | J | T | Buy | 11/10/14 | J | | |
| 230. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 231. WEYERHAEUSER CO. | A | Dividend | J | T | | | | | |
| 232. Wright Express Corp. a/k/a WEX Inc. | | None | J | T | Buy (add'l) | 06/17/14 | J | | |
| 233. | | | | | Sold (part) | 12/09/14 | J | A | |
| 234. YUM! BRANDS INC. | A | Dividend | J | T | | | | | |
| 235. Broker Account - DSO and SRO "(H)" | | | | | | | | | |
| 236. Abbott Lab | A | Dividend | K | T | Buy | 08/11/14 | J | | |
| 237. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 238. Accenture LTD Cl A | A | Dividend | J | T | Sold (part) | 09/26/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Actavis Inc. | | None | K | T | Sold (part) | 04/04/14 | K | D | |
| 240. American Tower Corp. | A | Dividend | | | Sold | 04/04/14 | K | B | |
| 241. Apple Computer Inc. | A | Dividend | L | T | Buy (add'l) | 05/27/14 | K | | |
| 242. | | | | | Sold (part) | 09/04/14 | K | B | |
| 243. | | | | | Buy (add'l) | 10/23/14 | J | | |
| 244. ARM Hldgs PLC | A | Dividend | K | T | Sold (part) | 02/04/14 | J | B | |
| 245. Avago Technologies Ltd. | A | Dividend | | | Sold (part) | 01/10/14 | J | B | |
| 246. | | | | | Sold (part) | 03/24/14 | K | D | |
| 247. | | | | | Sold | 04/04/14 | J | C | |
| 248. Baxter Int'l Inc. | A | Dividend | | | Sold | 08/11/14 | J | B | |
| 249. Becton Dickinson | A | Dividend | K | T | | | | | |
| 250. Boeing Co. | A | Dividend | | | Buy (add'l) | 04/04/14 | K | | |
| 251. | | | | | Sold | 07/24/14 | K | D | |
| 252. Bristow Group | A | Dividend | | | Sold | 11/21/14 | J | A | |
| 253. Canadian Nat'l Railway | A | Dividend | K | T | Sold (part) | 08/28/14 | J | B | |
| 254. Cerner Corp. | | None | L | T | | | | | |
| 255. Check Point Software | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Chevron Texaco Corp. | B | Dividend | K | T | | | | | |
| 257. Chicago Bridge & Iron NY | A | Dividend | | | Sold (part) | 09/03/14 | J | B | |
| 258. | | | | | Sold | 12/04/14 | J | A | |
| 259. Comcast Corp | A | Dividend | | | Sold | 11/10/14 | K | D | |
| 260. Companhia Brasiteira-SP PRF | A | Dividend | | | Sold | 12/04/14 | J | A | |
| 261. Core Labs | A | Dividend | | | Sold (part) | 01/27/14 | K | D | |
| 262. | | | | | Sold (part) | 04/02/14 | J | B | |
| 263. | | | | | Sold (part) | 06/03/14 | J | B | |
| 264. | | | | | Sold | 12/04/14 | J | A | |
| 265. Costco Wholesale | A | Dividend | K | T | Buy | 11/13/14 | K | | |
| 266. CVS Corp. | A | Dividend | K | T | Buy (add'l) | 03/11/14 | K | | |
| 267. Diageo PLC ADR | A | Dividend | | | Sold | 08/11/14 | K | A | |
| 268. Eaton | A | Dividend | | | Sold | 07/31/14 | K | C | |
| 269. Ebay Inc. | | None | | | Sold | 01/28/14 | K | A | |
| 270. Enerplus Resources Fund | A | Dividend | | | Sold | 12/10/14 | J | A | |
| 271. Enterprise Prod | A | Dividend | J | T | | | | | |
| 272. Exxon Mobil Corp | A | Dividend | | | Buy (add'l) | 06/19/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 11/21/14 | K | A | |
| 274. Fomento Eco Mexicano | A | Dividend | | | Sold | 12/04/14 | J | A | |
| 275. General Dynamics | A | Dividend | K | T | | | | | |
| 276. Gilead Sciences Inc. | | None | K | T | Buy (add'l) | 04/21/14 | K | | |
| 277. | | | | | Sold (part) | 08/15/14 | K | D | |
| 278. Google | | None | J | T | Buy (add'l) | 03/14/14 | K | | |
| 279. Hershey Co | A | Dividend | | | Sold | 05/29/14 | K | C | |
| 280. Home Depot Inc. | A | Dividend | K | T | Buy (add'l) | 09/04/14 | J | | |
| 281. Hormel Foods Corp. | A | Dividend | K | T | | | | | |
| 282. Icici Bank | A | Dividend | K | T | Buy | 08/11/14 | J | | |
| 283. | | | | | Buy (add'l) | 08/26/14 | J | | |
| 284. Isabella Bank Corporation | B | Dividend | K | T | | | | | |
| 285. iShares FTSE/China 25 | A | Dividend | K | T | Buy (add'l) | 07/15/14 | J | | |
| 286. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 287. iShares MCSI EAFE | C | Dividend | M | T | Sold (part) | 08/05/14 | J | A | |
| 288. | | | | | Sold (part) | 10/07/14 | J | B | |
| 289. | | | | | Buy (add'l) | 12/04/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. iShares MSCI Emerging | A | Dividend | | | Buy | 07/08/14 | J | | |
| 291. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 292. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 293. | | | | | Sold | 12/04/14 | K | A | |
| 294. iShares MSCI EU Financial | A | Dividend | J | T | Sold (part) | 07/08/14 | J | A | |
| 295. | | | | | Sold (part) | 10/09/14 | J | A | |
| 296. Japan Index | A | Dividend | K | T | Sold (part) | 03/20/14 | K | A | |
| 297. Johnson & Johnson | B | Dividend | M | T | Buy (add'l) | 09/19/14 | J | | |
| 298. Kinder Morgan Energy Partners | B | Dividend | | | Sold | 12/02/14 | J | A | |
| 299. Kraft Foods Inc. | A | Dividend | | | Buy | 03/11/14 | J | | |
| 300. | | | | | Sold | 07/31/14 | J | A | |
| 301. Luxottica Group A | A | Dividend | | | Sold | 10/13/14 | J | B | |
| 302. March & McLennan | A | Dividend | K | T | Buy | 07/31/14 | K | | |
| 303. McKesson Corp. | A | Dividend | K | T | Sold (part) | 01/08/14 | K | C | |
| 304. | | | | | Sold (part) | 01/13/14 | K | D | |
| 305. | | | | | Buy (add'l) | 03/11/14 | K | | |
| 306. McDonald's Corp. | A | Dividend | | | Sold | 11/10/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. Mead Johnson Nutrition Co. | A | Dividend | K | T | Buy | 08/26/14 | K | | |
| 308. Merck & Co. Inc. | A | Dividend | K | T | Buy | 04/09/14 | K | | |
| 309. Microsoft Corp. | B | Dividend | K | T | Buy (add'l) | 07/17/14 | K | | |
| 310. Mondelez International | A | Dividend | J | T | | | | | |
| 311. NICE Systems Ltd | A | Dividend | | | Sold (part) | 06/03/14 | J | B | |
| 312. | | | | | Sold | 08/11/14 | J | B | |
| 313. Nike Inc. | A | Dividend | K | T | Buy (add'l) | 10/07/14 | J | | |
| 314. Nippon Tel & Tel ADR | A | Dividend | | | Buy | 08/11/14 | J | | |
| 315. | | | | | Buy (add'l) | 08/28/14 | J | | |
| 316. | | | | | Sold | 12/04/14 | K | A | |
| 317. Novo-Nordisk ADR | A | Dividend | K | T | | | | | |
| 318. Omnicom Group Inc. | A | Dividend | K | T | | | | | |
| 319. Oneok Partners LP | B | Dividend | K | T | | | | | |
| 320. Open Text Corp. | A | Dividend | J | T | Buy (add'l) | 04/02/14 | J | | |
| 321. Oracle Corp. | A | Dividend | J | T | | | | | |
| 322. Pepsico Inc. | A | Dividend | K | T | Buy | 08/11/14 | K | | |
| 323. Perrigo Co. | A | Dividend | | | Sold | 05/21/14 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Praxair Inc. | A | Dividend | | | Sold | 11/10/14 | J | B | |
| 325. Qualcomm Inc. | A | Dividend | | | Sold | 04/04/14 | K | C | |
| 326. Reins Grp of America | A | Dividend | K | T | Buy | 07/31/14 | K | | |
| 327. | | | | | Buy (add'l) | 11/10/14 | J | | |
| 328. Rentech Nitrogen Partners | A | Dividend | | | Sold | 11/21/14 | J | A | |
| 329. Republic Services | A | Dividend | K | T | Buy | 08/11/14 | J | | |
| 330. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 331. Roche Holdings LTD | A | Dividend | K | T | Sold (part) | 01/15/14 | K | B | |
| 332. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 333. Ross Stores | A | Dividend | K | T | Sold (part) | 07/17/14 | K | A | |
| 334. | | | | | Buy (add'l) | 09/26/14 | K | | |
| 335. S&P 500 Trust | A | Dividend | K | T | | | | | |
| 336. SAP AG ADR a/k/a SAP Aktiengesellschaft | A | Dividend | | | Sold | 05/19/14 | J | A | |
| 337. Schlumberger Ltd. | A | Dividend | K | T | Sold (part) | 07/08/14 | K | D | |
| 338. Shire LTD-ADR | A | Dividend | | | Sold (part) | 01/13/14 | J | D | |
| 339. | | | | | Sold | 07/15/14 | K | E | |
| 340. Stryker Corp. | A | Dividend | K | T | Buy | 01/29/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 03/04/14 | J | | |
| 342. Svenska Cellulosa | A | Dividend | | | Buy | 02/14/14 | J | | |
| 343. | | | | | Sold | 12/04/14 | J | A | |
| 344. T Rowe Price Group | A | Dividend | | | Buy | 03/11/14 | J | | |
| 345. | | | | | Sold | 11/21/14 | J | A | |
| 346. Taiwan Semiconductor | A | Dividend | K | T | Buy | 05/19/14 | J | | |
| 347. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 348. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 349. Tata Motors Ltd. | A | Dividend | K | T | Buy | 07/15/14 | J | | |
| 350. | | | | | Buy (add'l) | 08/14/14 | J | | |
| 351. | | | | | Buy (add'l) | 10/13/14 | J | | |
| 352. Teekay Offshore | A | Dividend | J | T | | | | | |
| 353. TELUS Corp. | A | Dividend | | | Buy | 05/22/14 | J | | |
| 354. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 355. | | | | | Sold | 12/04/14 | K | A | |
| 356. Toronto-Dominion Bank | A | Dividend | K | T | Sold (part) | 09/03/14 | J | B | |
| 357. Total SA ADR | A | Dividend | | | Sold (part) | 09/18/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 12/16/14 | J | A | |
| 359. Total System Services, Inc. | A | Dividend | | | Sold | 10/07/14 | K | D | |
| 360. Towers Watson & Co. | A | Dividend | | | Buy | 03/11/14 | K | | |
| 361. | | | | | Sold | 08/26/14 | K | A | |
| 362. Unilever NV | A | Dividend | | | Sold | 02/25/14 | J | B | |
| 363. UnitedHealth Group | A | Dividend | L | T | Buy | 10/22/14 | K | | |
| 364. | | | | | Buy (add'l) | 11/10/14 | K | | |
| 365. Union Pacific Corp. | A | Dividend | K | T | | | | | |
| 366. United Technologies | A | Dividend | J | T | Buy (add'l) | 05/21/14 | J | | |
| 367. | | | | | Sold (part) | 07/31/14 | J | A | |
| 368. | | | | | Sold (part) | 09/03/14 | J | B | |
| 369. Verizon | A | Dividend | J | T | Sold (part) | 11/13/14 | J | B | |
| 370. Visa Inc. | A | Dividend | K | T | Buy | 11/12/14 | K | | |
| 371. Wal-Mart Stores Inc. | A | Dividend | L | T | Sold (part) | 03/04/14 | J | A | |
| 372. West Pharmaceutical Services | A | Dividend | J | T | Buy | 05/27/14 | J | | |
| 373. Wisconsin Energy | A | Dividend | K | T | Buy | 03/11/14 | J | | |
| 374. | | | | | Buy (add'l) | 03/24/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Wisdom Tree Japan | A | Dividend | K | T | Buy | 02/25/14 | J | | |
| 376. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 377. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 378. Retirement Funds "(H)" | | | | | | | | | |
| 379. ABBVIE Inc., | A | Dividend | | | Sold | 06/30/14 | J | A | |
| 380. Abbott Labs | A | Dividend | J | T | | | | | |
| 381. ALPS ETF | A | Dividend | J | T | Buy | 04/10/14 | J | | |
| 382. Analog Devices | A | Dividend | J | T | Buy | 11/11/14 | K | | |
| 383. BP Prudhoe | A | Dividend | J | T | | | | | |
| 384. Bristol Myers | A | Dividend | K | T | Sold (part) | 10/31/14 | J | B | |
| 385. Caterpillar Inc. | A | Dividend | | | Sold | 06/30/14 | J | A | |
| 386. Chesapeake Utils Corporation | A | Dividend | J | T | | | | | |
| 387. Cisco Systems | A | Dividend | | | Sold | 03/21/14 | J | A | |
| 388. Citadel Broadcasting Corporation | | None | J | T | | | | | |
| 389. Clearbridge Energy MLP | A | Dividend | J | T | | | | | |
| 390. Cleco Corporation New | A | Dividend | | | Sold (part) | 11/03/14 | J | B | |
| 391. | | | | | Sold | 11/21/14 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Cliffs Natural Resources | A | Dividend | | | Sold | 06/02/14 | J | A | |
| 393. CM Finance | A | Dividend | J | T | Buy | 11/21/14 | J | | |
| 394. Conagra | A | Dividend | | | Sold | 11/21/14 | J | A | |
| 395. Consolidated Edison | B | Dividend | K | T | Sold (part) | 07/02/14 | K | B | |
| 396. Consolidated Water Company | A | Dividend | | | Sold | 11/13/14 | J | A | |
| 397. Covanta | A | Dividend | J | T | Buy | 03/21/14 | J | | |
| 398. | | | | | Buy (add'l) | 06/06/14 | J | | |
| 399. | | | | | Buy (add'l) | 07/08/14 | J | | |
| 400. Dine Equity | A | Dividend | J | T | Buy | 06/06/14 | J | | |
| 401. Disney Walt Company Com Disney | A | Dividend | J | T | | | | | |
| 402. Dominion Res Incorporated | A | Dividend | K | T | Sold (part) | 04/30/14 | J | B | |
| 403. Dreyfus Treas Prime Cash | A | Dividend | L | T | | | | | |
| 404. Exxon Mobil - IRA | A | Dividend | K | T | | | | | |
| 405. First Trust Health | A | Dividend | J | T | Buy | 10/29/14 | K | | |
| 406. Fidus Investment | A | Dividend | J | T | Buy | 11/21/14 | J | | |
| 407. Freeport-McMoran | A | Dividend | J | T | Buy | 07/14/14 | J | | |
| 408. Getty Realty | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Gov. Properties Income Trust | B | Dividend | K | T | Buy (add'l) | 09/26/14 | J | | |
| 410. Haynard Health | A | Dividend | J | T | Buy | 11/03/14 | J | | |
| 411. Healthcare Rlty Tr Reit | A | Dividend | J | T | | | | | |
| 412. Heritage Cash Trust | A | Interest | K | T | | | | | |
| 413. Integrys | A | Dividend | | | Sold | 04/30/14 | K | B | |
| 414. International Paper Co. | A | Dividend | K | T | Buy (add'l) | 09/26/14 | J | | |
| 415. Johnson & Johnson | A | Dividend | J | T | Buy | 02/07/14 | J | | |
| 416. Johnson Controls | A | Dividend | | | Buy | 03/19/14 | J | | |
| 417. | | | | | Sold | 11/18/14 | J | A | |
| 418. J.P. Morgan Certificate of Deposit | | None | K | T | | | | | |
| 419. Kimberly Clark | A | Dividend | J | T | | | | | |
| 420. Kinder Morgan | A | Dividend | J | T | Buy (add'l) | 11/21/14 | J | | |
| 421. Knightsbridge Tankers Limited | B | Dividend | J | T | | | | | |
| 422. Lincoln National | A | Dividend | J | T | Buy | 11/13/14 | J | | |
| 423. Linnco LLC | B | Dividend | K | T | Buy (add'l) | 02/17/14 | J | | |
| 424. Marathon Oil | A | Dividend | J | T | Buy | 06/02/14 | J | | |
| 425. Merck & Co. | A | Dividend | K | T | Sold (part) | 10/31/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Nationwide Health Pptys; Merged with Ventas | B | Dividend | K | T | | | | | |
| 427. Nike | A | Dividend | J | T | Buy | 03/21/14 | J | | |
| 428. | | | | | Buy (add'l) | 04/10/14 | J | | |
| 429. | | | | | Sold (part) | 09/29/14 | J | B | |
| 430. Nisource Incorporated | A | Dividend | | | Sold | 10/24/14 | J | B | |
| 431. Occidental Petroleum | A | Dividend | K | T | | | | | |
| 432. Paychex, Inc. | A | Dividend | J | T | | | | | |
| 433. Petroleum & Res Corporation | A | Dividend | J | T | | | | | |
| 434. Phillips 66 | A | Dividend | J | T | | | | | |
| 435. Plum Creek Timber Co. | A | Dividend | K | T | | | | | |
| 436. Raymond James Bank Deposit Program | A | Interest | M | T | | | | | |
| 437. Rayonier Incorp. | A | Dividend | | | Buy | 06/02/14 | J | | |
| 438. | | | | | Sold (part) | 12/02/14 | J | A | |
| 439. | | | | | Sold | 12/10/14 | J | A | |
| 440. Realty Income Corp. | B | Dividend | J | T | | | | | |
| 441. S&P 500 Trust | A | Dividend | J | T | | | | | |
| 442. Ship Finance International | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 36

Name of Person Reporting

Opperman, Daniel S.

Date of Report

05/08/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Southern Company | A | Dividend | J | T | | | | | |
| 444. SPDR Gold Trust | | None | | | Sold | 10/24/14 | J | A | |
| 445. SPDR Tech | A | Dividend | J | T | Buy | 11/21/14 | J | | |
| 446. Spectra Energy | A | Dividend | J | T | | | | | |
| 447. St. Jude Medical | A | Dividend | J | T | Buy | 10/29/14 | J | | |
| 448. STAG Industrial | A | Dividend | J | T | Buy | 04/10/14 | J | | |
| 449. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 450. Starbucks | A | Dividend | J | T | Buy | 12/10/14 | J | | |
| 451. Stryker Corporation | A | Dividend | J | T | Buy | 10/29/14 | K | | |
| 452. Teco Energy Incorporated | A | Dividend | | | Sold | 03/19/14 | J | A | |
| 453. Teekay Offshore | A | Dividend | J | T | | | | | |
| 454. Tortoise Energy | B | Dividend | K | T | | | | | |
| 455. T. Rowe Price - Latin America - IRA | A | Dividend | K | T | | | | | |
| 456. United Tech | A | Dividend | J | T | Buy | 06/30/14 | J | | |
| 457. Vanguard Group - Energy Fund | B | Dividend | K | T | | | | | |
| 458. Waste Management | A | Dividend | J | T | | | | | |
| 459. Wells Fargo Certificate of Deposit | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 36

Name of Person Reporting

Opperman, Daniel S.

Date of Report

05/08/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460.  Weyerhauser | A | Dividend | J | T | Buy | 03/19/14 | J | | |
| 461.  Wisdom Tree | A | Dividend | | | Sold | 07/08/14 | J | A | |
| 462.  Dow Chemical Retirement Health Care Assoc. | | None | J | T | | | | | |
| 463.  Dow Chemical Elective Deferral Plan | | None | J | T | | | | | |
| 464.  Freeland State Bank - Certificate of Deposit - IRA | A | Dividend | K | T | | | | | |
| 465.  YUM, Inc | | None | J | T | | | | | |
| 466.  Auto Owners Insurance - Annuity | A | Interest | K | T | | | | | |
| 467.  SEP-IRA - SRO "(H)" | | | | | | | | | |
| 468.  BNY Deposit | A | Interest | J | T | | | | | |
| 469.  Health Care Select | A | Dividend | J | T | | | | | |
| 470.  iShares MSCI/S Africa ETF | A | Dividend | J | T | Buy | 07/15/14 | J | | |
| 471. | | | | | Buy (add'l) | 08/13/14 | J | | |
| 472.  iShares MSCI EAFE | A | Dividend | K | T | Buy (add'l) | 04/11/14 | J | | |
| 473. | | | | | Sold (part) | 10/07/14 | J | A | |
| 474.  iShares MSCI Emerging Mkts | A | Dividend | K | T | Buy (add'l) | 04/11/14 | J | | |
| 475. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 476. | | | | | Buy (add'l) | 11/21/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. iShares S&P 500 Growth Index | A | Dividend | K | T | Buy (add'l) | 03/04/14 | J | | |
| 478. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 479. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 480. iShares S&P 500 Val | A | Dividend | J | T | Buy | 02/25/14 | J | | |
| 481. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 482. iShares Russell 1000 | A | Dividend | K | T | Sold (part) | 02/25/14 | J | A | |
| 483. | | | | | Sold (part) | 03/20/14 | J | C | |
| 484. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 485. | | | | | Sold (part) | 05/09/14 | J | A | |
| 486. iShares Russell 2000 | A | Dividend | K | T | Buy (add'l) | 03/20/14 | J | | |
| 487. | | | | | Buy (add'l) | 04/11/14 | J | | |
| 488. | | | | | Sold (part) | 05/09/14 | J | A | |
| 489. | | | | | Sold (part) | 07/15/14 | J | A | |
| 490. Japan Index (ETF) | A | Dividend | | | Buy (add'l) | 04/11/14 | J | | |
| 491. | | | | | Sold (part) | 03/20/14 | J | A | |
| 492. | | | | | Sold | 11/11/14 | J | A | |
| 493. NASDAQ 100 Index | A | Dividend | | | Buy | 03/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. | | | | | Sold | 07/15/14 | J | A | |
| 495. SPDR Gold Trust | | None | | | Sold | 02/25/14 | J | A | |
| 496. WisdomTree India Earnings Fund | A | Dividend | J | T | Buy | 03/20/14 | J | | |
| 497. | | | | | Buy (add'l) | 05/09/14 | J | | |
| 498. | | | | | Buy (add'l) | 05/28/14 | J | | |
| 499. Wisdom Tree Japan | A | Dividend | J | T | Buy | 11/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Opperman, Daniel S. | 05/08/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel S. Opperman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544